# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYJUAN D. MARTIN,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN, Warden,<br><br>　　　　　　Respondent. | Case No. LACV 15-7658-DDP (LAL)<br><br>**JUDGMENT** |

Pursuant to the Court's Order, Dkt. 62,

IT IS ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: February 4, 2019

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE